IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FARZONA OKILDZHON ZADE, et al.,** *Plaintiffs*, v. **UNITED STATES OF AMERICA, et al.,** *Defendants*. | Case No. 2:23-cv-02344-JDW |

### ORDER

AND NOW, this 3rd day of December, 2024, upon consideration of the Petitions To Confirm Settlement Of Minor's Action And To Approve Allocation And Distribution Of Settlement Funds (ECF Nos. 28, 29), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** as follows:

1. The Petition to approve A.A.'s settlement is **GRANTED**, and the settlement proceeds shall be distributed as follows:

    a. $329.49 in counsel fees to Law Offices Of Robert Bond;

    b. $34.54 in litigation expenses to Law Offices Of Robert Bond; and

    c. $643.97 to minor plaintiff A.A.; and

2. The Petition to approve N.A.'s settlement is **GRANTED**, and the settlement proceeds shall be distributed as follows:

    a. $324.03 in counsel fees to Law Offices Of Robert Bond;

    b.    $26.93 in litigation expenses to Law Offices Of Robert Bond; and

    c.    $649.04 to minor plaintiff N.A.

It is **FURTHER ORDERED** that, for the settlement payments to A.A. and N.A., Plaintiffs' Counsel, either Robert Bond, Esquire or Jonathan J. Sobel, Esquire, are authorized to execute all documentation necessary to purchase Certificates of Deposit from a federally insured bank or savings institution having an office in Philadelphia County, in the sum of $643.97 for A.A. and $688.53 for N.A., not to exceed the insured amount, with the funds payable to A.A. and N.A., respectively, upon reaching the age of majority. The Certificates of Deposit shall be titled in the name of minor plaintiffs A.A. or N.A., as appropriate, and shall be restricted as follows:

> Not to be redeemed except for renewal in its entirety, not to be withdrawn, assigned, negotiated, or otherwise alienated before the minor attains majority, except upon prior order of the court.

The Clerk of Court shall mark this case closed.

                                      **BY THE COURT:**

                                      */s/ Joshua D. Wolson*
                                      JOSHUA D. WOLSON, J.